GARMAN TURNER GORDON LLP
ERIC R. OLSEN
Nevada Bar No. 3127
E-mail: eoslen@gtg.legal
650 White Drive, Ste. 100
Las Vegas, Nevada 89119
Tel: (725) 777-3000
Fax: (725) 777-3112
*Attorneys for Defendant, Massachusetts Mutual Life Insurance Company*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| WILLIAM CROCE,<br><br>               Plaintiff,<br><br>v.<br><br>MASSACHUSETTS MUTUAL LIFE INSURANCE COMPANY, a Massachusetts corporation; WELLS FARGO ADVISORS, LLC, a Delaware Limited Liability Company; FIRST UNION CORPORATION, a North Carolina corporation; and DOES 1-10, and ROW ENTITIES 1-10, inclusive,<br><br>               Defendants | Case No.  2:16-cv-02244-RFB-NJK |

**STIPULATION AND ORDER EXTENDING TIME TO FILE REPLY IN SUPPORT OF MOTON TO DISMISS**

Defendant, Massachusetts Mutual Life Insurance Company ("Mass Mutual") by and through its counsel of record GARMAN TURNER GORDON, Defendant Wells Fargo Advisors, LLC, by and through its counsel of record LEWIS ROCA ROTHBERGER CHRISTIE, and Plaintiff, William Croce, by and through his counsel of record, SMITH & SHAPIRO, PLLC, hereby stipulate and agree, that Mass Mutual's deadline for filing a reply in support of its motion

/ / /

/ / /

/ / /

/ / /

to dismiss, currently October 31, 2016, be extended by one week to November 7, 2016.

    IT IS SO STIPULATED.

| | |
|---|---|
| DATED this 31st day of October.<br>GARMAN TURNER GORDON LLP | DATED this 31st day of October, 2016.<br>SMITH & SHAPIRO, PLLC |
| /s/ Eric R. Olsen<br>ERIC R. OLSEN<br>Nevada Bar No. 3127<br>MICHAEL R. ESPOSITO<br>Nevada Bar No. 13482<br>650 White Drive, Suite 100<br>Las Vegas, Nevada 89119 | /s/ Andrew S. Blaylcok<br>James E. Shapiro<br>Sheldon A. Herbert<br>Andrew S. Blaylock<br>Smith & Shapiro<br>2520 St. Rose Pkwy<br>Suite 220<br>Henderson, NV 89074<br><br>Attorneys for Plaintiffs |

DATED this 31st day of October, 2016.
LEWIS ROCA ROTHBERGER CHRISTIE

/s/ Matthew Park
Matthew Park
3993 Howard Hughes Pkwy
Suite 600
Las Vegas, NV 89169

Attorneys for Wells Fargo Advisors, LLC

**ORDER**

    IT IS SO ORDERED, this  7th  day of  November , 2016.

_____
RICHARD F. BOULWARE, II
United States District Judge