# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| WILLIAM CROCE, <br><br> Plaintiff(s), <br><br> vs. <br><br> MASSACHUSETTS MUTUAL LIFE INSURANCE COMPANY, et al., <br><br> Defendant(s). | Case No. 2:16-cv-02244-RFB-NJK <br><br> ORDER |

To date, the parties have not filed a stipulated discovery plan as required by Local Rule 26-1(a). The parties are hereby **ORDERED** to file, no later than November 23, 2016, either (1) a joint proposed discovery plan; or (2) a status report explaining why a proposed discovery plan should not be filed at this time.

IT IS SO ORDERED.

DATED: November 18, 2016

_____
NANCY J. KOPPE
United States Magistrate Judge