# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| WILLIAM CROCE,<br><br>        Plaintiff,<br>vs.<br><br>MASSACHUSETTS MUTUAL LIFE INSURANCE COMPANY, et al.,<br><br>        Defendants. | Case No.: 2:16-cv-02244-RFB-NJK<br><br>ORDER<br><br>(Docket No. 26) |

On November 28, 2016, the Court ordered the parties to file either (1) a joint proposed discovery plan; or (2) a status report explaining why a proposed discovery plan should not be filed at this time, no later than November 23, 2016. Docket No. 18. On November 22, 2016, the parties filed a status report, Docket No. 26, which the Court construes as a stipulation to stay discovery pending the resolution of a dispositive motion. *See, e.g.*, Docket No. 26 at ¶¶ 6, 9. The mere pendency of a dispositive motion is insufficient to stay discovery. *See, e.g.*, *Kor Media Grp., LLC v. Green*, 294 F.R.D. 279 (D. Nev. 2013).

Accordingly, the Court hereby **DENIES** the parties' stipulation to stay discovery (Docket No. 26) without prejudice. The parties shall file either (1) a joint proposed discovery plan; or (2) a renewed stipulation to stay discovery that addresses the applicable standards, no later than December 9, 2016.

IT IS SO ORDERED.

Dated: December 2, 2016

_____
NANCY J. KOPPE
United States Magistrate Judge