# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| WILLIAM CROCE, | Case No. 2:16-cv-02244-RFB-NJK |
| Plaintiff(s), | |
| vs. | ORDER RE: MOTION TO WITHDRAW |
| MASSACHUSETTS MUTUAL LIFE INSURANCE COMPANY, et al., | (Docket No. 30) |
| Defendant(s). | |

Pending before the Court is a motion to withdraw as attorney for Plaintiff. Docket No. 30. The Court hereby **SETS** a hearing on the motion for 9:00 a.m. on January 18, 2017, in Courtroom 3B. Any response to the motion to withdraw shall be filed no later than January 11, 2017. Plaintiff and Plaintiff's current counsel shall appear at the hearing in person. Any newly retained counsel shall also appear in person. THERE WILL BE NO EXCEPTIONS TO THESE APPEARANCE REQUIREMENTS. No later than January 9, 2017, Plaintiff's current counsel of record shall serve Plaintiff with this order and shall file a proof of service.

IT IS SO ORDERED.

DATED: January 4, 2017

_____
NANCY J. KOPPE
United States Magistrate Judge