James E. Shapiro, Esq.
Nevada Bar No. 7907
Sheldon A. Herbert, Esq.
Nevada Bar No. 5988
Andrew S. Blaylock, Esq.
Nevada Bar No. 13666
**SMITH & SHAPIRO, PLLC**
2520 St. Rose Parkway, Suite #220
Henderson, NV  89074
(702) 318-5033
jshapiro@smithshapiro.com
*Attorneys for Plaintiff*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| WILLIAM CROCE, an individual,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>MASSACHUSETTS MUTUAL LIFE INSURANCE COMPANY, a Massachusetts corporation; WELLS FARGO ADVISORS, LLC, a Delaware Limited Liability Company; FIRST UNION CORPORATION, a North Carolina corporation; and DOES 1-10, and ROE ENTITIES 1-10, inclusive,<br><br>　　　　　Defendants. | Case No.: 2:16-cv-02244-RFB-NJK |

**STIPULATION AND ORDER TO SET ASIDE DEFAULT OF FIRST UNION CORPORATION**

COMES NOW Plaintiff William Croce ("**Croce**"), by and through his attorneys, SMITH & SHAPIRO, PLLC, Defendant Massachusetts Mutual Life Insurance Company, a Massachusetts corporation ("***MassMutual***"), by and through its attorneys, GARMAN TURNER GORDON, LLP and STEVENS & LEE, PC, and Wells Fargo Advisors, LLC, a Delaware Limited Liability Company ("***Wells Fargo***"), by and through its attorneys, LEWIS ROCA ROTHGERBER CHRISTIE LLP, and hereby stipulate and agree as follows:

1.　　First Union Securities was erroneously sued as First Union Corporation in Plaintiff's Complaint.

2.　　On October 26, 2016, Croce filed a Motion for Entry of Clerk's Default as to First Union Corporation (#15).

3. On October 27, 2016, the clerk filed an Entry of Default as to First Union Corporation (#16).

4. Wells Fargo's Answer to Complaint (#5) states that Wells Fargo is the successor in interest to First Union Securities, which was erroneously sued as First Union Corporation.

5. Because Wells Fargo is the successor in interest to First Union Securities, Wells Fargo's Answer to Complaint also serves as First Union Securities' Answer, and no separate Answer is needed from First Union Securities.

6. In light of the foregoing, the parties stipulate and agree that the Default which has been entered against First Union Corporation should be set aside.

IT IS SO STIPULATED.

Dated this 10th day of January, 2017.                Dated this 10th day of January, 2017.

SMITH & SHAPIRO, PLLC                                GARMAN TURNER GORDON, LLP

*/s/ James E. Shapiro*                               */s/ Eric Olsen*
James E. Shapiro, Esq.                               Eric R. Olsen, Esq.
Nevada Bar No. 7907                                  Nevada Bar No. 3127
Sheldon A. Herbert, Esq.                             650 White Drive, Ste. 100
Nevada Bar No. 5988                                  Las Vegas, Nevada 89119
Andrew S. Blaylock, Esq.                             (725) 777-3000
Nevada Bar No. 13666                                 eolsen@gtglaw.com
2520 St. Rose Parkway, Suite 220
Henderson, Nevada 89074                              E. Thomas Henefer
(702) 318-5033                                       STEVENS & LEE, PC
jshapiro@smithshapiro.com                            111 North Sixth Street
*Attorneys for Plaintiffs*                           P.S. Box 679
                                                     Reading, PA 19603
                                                     (610) 478-2000
                                                     eth@stevenslee.com
                                                     *Admitted Pro Hac Vice*
                                                     *Attorneys for Massachusetts Mutual Life Insurance Company*

2

Dated this 10th day of January, 2017.

LEWIS ROCA ROTHGERBER CHRISTIE LLP

 */s/ Matthew W. Park, Esq.*
Matthew W. Park, Esq.
Nevada Bar No. 12062
3993 Howard Hughes Pkwy., Suite 600
Las Vegas, NV 89169
(702) 949-8200
mpark@lrcc.com
*Attorneys for Wells Fargo* Advisors, LLC

**IT IS SO ORDERED.**

_____
RICHARD F. BOULWARE, II
United States District Court

DATED this 13th day of January, 2017.