GARMAN TURNER GORDON LLP
ERIC R. OLSEN
Nevada Bar No. 3127
E-mail: eoslen@gtg.legal
650White Drive, Ste. 100
Las Vegas, Nevada 89119
Tel: (725) 777-3000
Fax: (725) 777-3112
*Attorneys for Defendant, Massachusetts Mutual Life Insurance Company*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| WILLIAM CROCE,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>MASSACHUSETTS MUTUAL LIFE INSURANCE COMPANY, *et al.*<br><br>　　　　　　Defendants | Case No. 2:16-cv-02244-RFB-NJK |

**JOINT MOTION OF THE PARTIES**
**TO AMEND SCHEDULING ORDER**

Plaintiff William Croce, appearing *pro se*, and Defendants Massachusetts Mutual Life Insurance Company ("MassMutual") and Wells Fargo Advisors, LLC, f/k/a Wachovia Securities f/k/a First Union Securities (erroneously sued as First Union Corporation) ("Wells Fargo"), by and through their respective counsel of record, respectfully request the entry of an Amended Scheduling Order. In support of this motion, the parties aver as follows:

1. This is a dispute concerning retirement benefits in which the Plaintiff, a former MassMutual agent, alleges that he never received retirement benefits totaling $56,991.35 that he was entitled to receive in 2001 under a pension plan sponsored by MassMutual.

1

2. Plaintiff asserts claims against MassMutual under the Employee Retirement Income Security Act of 1974, 29 U.S.C. §§ 1001 – 1461 ("ERISA"), and claims against Wells Fargo under state law. Defendants deny Plaintiff's claims and deny all liability in this action.

3. The parties believe a settlement conference with a Magistrate Judge may be helpful in exploring the possibility of settling this action and, therefore, filed a joint motion requesting a referral to a Magistrate Judge to schedule a settlement conference.

4. The Court granted that motion by Order dated December 14, 2017 [Docket No. 45].

5. The Court's December 14, 2017 Order schedules the settlement conference for March 21, 2018, one day after the current discovery deadline would expire.

6. Based on the information previously exchanged as part of the parties' initial disclosures, the parties' believe the prospects for settlement will be enhanced if the parties can avoid incurring significant discovery costs before attempting to settle this matter.

7. Accordingly, the parties respectfully request an extension of certain deadlines contained in the Court's September 21, 2017 Scheduling Order as follows:

(a) <u>Discovery Cut Off Date</u>: **May 21, 2018**

(b) <u>Experts</u>: **March 20, 2018**, which is 60 days before the discovery cut-off date. Rebuttal expert disclosures should be served by **April 19, 2018,** which is 30 days after the deadline for serving initial expert disclosures.

(c) <u>Dispositive Motions</u>: **June 20, 2018**, which is 30 days after the discovery cut-off date.

(d) <u>Joint Pretrial Order</u>: **July 20, 2018**, which is 30 days after the deadline for filing dispositive motions. In the event dispositive motions are filed, the date

for filing the joint pretrial order should be suspended until thirty (30) days after decision of the dispositive motions or further order of the Court.

(e) <u>Pretrial Disclosures</u>: Unless the Court orders otherwise, the disclosures required by Fed. R. Civ. P. 26(a)(3) and any objections thereto should be included in the pretrial order.

(f) <u>Interim Status Report</u>: **March 23, 2018**

WHEREFORE, the parties respectfully request the Court to grant this motion.

By: /s/ William Croce
    William Croce (*pro se*)
    10043 White Mulberry Dr.
    Las Vegas, NV 89148

**LEWIS ROCA ROTHGERBER CHRISTIE LLP**

By: */s/ Matthew W. Park*
    Matthew W. Park (SBN 12062)
    3993 Howard Hughes Pkwy,
    Suite 600
    Las Vegas, NV 89169-5996
    Tel: 702.949.8200
    Fax: 702.949.8398
    MPark@lrrc.com

*Attorneys for Defendant*
*Wells Fargo Advisors, LLC*

**GARMAN TURNER GORDON**

By: /s/ Eric Olsen
    Eric Olsen
    650 White Drive
    Suite 100
    Las Vegas, NV 8919
    (725) 777-3000
    (725) 777-3112
    eolsen@gtglaw.com

    E. Thomas Henefer
    **STEVENS & LEE, PC**
    111 North Sixth Street
    P.O. Box 679
    Reading, PA 19603
    (610) 478-2000
    (610) 988-0803 (fax)
    eth@stevenslee.com

    *Attorneys for Defendant, Massachusetts*
    *Mutual Life Insurance Company*

IT IS SO ORDERED.

Dated: January 29, 2018

                                                               _____
                                                                Nancy J. Koppe
                                                                United States Magistrate Judge