

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

WILLIAM CROCE

        Plaintiff,

vs.

MASSACHUSETTS MUTUAL LIFE INS CO, Etal

        Defendant.

District No.   2:16-CV-2244 RFB NJK

## ORDER TEMPORARILY UNSEALING RECORDING

On February 12, 2018, this court received a CD/Tape Order form dated February 9, 2018 requesting a CD of the hearing held on January 18, 2017, from Plaintiff William Croce, in which **a portion of the hearing is sealed.**

**IT IS THE ORDER OF THE COURT** that the sealed portion of the recording shall be unsealed by the Clerk for the limited purpose of providing a copy of the recording as requested by Plaintiff.

**IT IS FURTHER ORDERED** that the sealed portion of the recording shall thereafter be resealed by the Clerk, until further order of this Court.

**IT IS FURTHER ORDERED** that Plaintiff shall not disclose the sealed contents of the recording to anyone other than the representatives of the parties directly concerned with this case.

DATED this 12th day of February, 2018.

_____
NANCY J. KOPPE
United States Magistrate Judge