GARMAN TURNER GORDON LLP
ERIC R. OLSEN
Nevada Bar No. 3127
E-mail: eoslen@gtg.legal
650White Drive, Ste. 100
Las Vegas, Nevada 89119
Tel: (725) 777-3000
Fax: (725) 777-3112
*Attorneys for Defendant, Massachusetts
Mutual Life Insurance Company*

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| WILLIAM CROCE,<br><br>    Plaintiff,<br><br>v.<br><br>MASSACHUSETTS MUTUAL LIFE INSURANCE COMPANY, *et al.*<br><br>    Defendants | Case No. 2:16-cv-02244-RFB-NJK |

**JOINT MOTION OF THE DEFENDANTS
TO AMEND SCHEDULING ORDER**

Defendants Massachusetts Mutual Life Insurance Company ("MassMutual") and Wells Fargo Advisors, LLC, f/k/a Wachovia Securities f/k/a First Union Securities (erroneously sued as First Union Corporation) ("Wells Fargo"), by and through their respective counsel of record, respectfully request the entry of an Amended Scheduling Order. In support of this motion, the parties aver as follows:

1. This is a dispute concerning retirement benefits in which the Plaintiff, a former MassMutual agent, alleges that he never received retirement benefits totaling $56,991.35 that he claims he was entitled to receive in 2001 under a pension plan sponsored by MassMutual.

1

2. Plaintiff asserts claims against MassMutual under the Employee Retirement Income Security Act of 1974, 29 U.S.C. §§ 1001 – 1461 ("ERISA"), and claims against Wells Fargo under state law. Defendants deny Plaintiff's claims and deny all liability in this action.

3. Following an unsuccessful settlement conference before Magistrate Judge Koppe, the parties continued to negotiate and were ultimately able to reach an agreement on a settlement which has been memorialized in a written settlement agreement that was fully-executed by all parties as of May 24, 2018.

4. The signed settlement agreement contains a confidentiality provision and, therefore, is not attached to this motion. The Defendants, however, have no objection to the Court reviewing the signed settlement agreement in camera should the Court require a review.

5. After the signed settlement agreement was fully-executed a dispute among the parties arose as to whether Plaintiff, William Croce, must provide a Form W-9 to the Defendants so they can process the payments required by the signed settlement agreement.

6. Although the Defendants are hopeful that this dispute can be resolved without the Court's intervention (*i.e.*, through a motion to enforce the settlement agreement), the Defendants respectfully submit that the pending deadline for dispositive motions, which is currently June 20, 2018, should be postponed in case the settlement is not completed by that date.

7. In this regard, the Defendants intend to move for summary judgment if the case is not dismissed with prejudice pursuant to the settlement agreement.

8. Accordingly, the Defendants respectfully request an extension of certain deadlines contained in the Court's January 29, 2018 Scheduling Order as follows:

    (a) <u>Dispositive Motions</u>: **August 20, 2018**.

  (b) <u>Joint Pretrial Order</u>: **September 19, 2018**, which is 30 days after the deadline for filing dispositive motions. In the event dispositive motions are filed, the date for filing the joint pretrial order should be suspended until thirty (30) days after decision of the dispositive motions or further order of the Court.

  (c) <u>Pretrial Disclosures</u>: Unless the Court orders otherwise, the disclosures required by Fed. R. Civ. P. 26(a)(3) and any objections thereto should be included in the pretrial order.

  WHEREFORE, the Defendants respectfully request the Court to grant this motion.

| **LEWIS ROCA ROTHGERBER CHRISTIE LLP** | **GARMAN TURNER GORDON** |
|---|---|
| By: */s/ Paul A. Matteoni*<br> Paul A. Matteoni, Esq (SBN 3486)<br> One East Liberty Street,<br> Suite 300<br> Reno, Nevada 89501<br> Tel: 775.823.290<br> Fax: 775.823.2929<br> pmatteoni@lrrc.co | By: */s/ Eric Olsen*<br> Eric Olsen<br> 650 White Drive<br> Suite 100<br> Las Vegas, NV 8919<br> (725) 777-3000<br> (725) 777-3112<br> eolsen@gtglaw.com |
| *Attorneys for Defendant*<br>*Wells Fargo Advisors, LLC* | E. Thomas Henefer<br>**STEVENS & LEE, PC**<br>111 North Sixth Street<br>P.O. Box 679<br>Reading, PA 19603<br>(610) 478-2000<br>(610) 988-0803 (fax)<br>eth@stevenslee.com<br><br>*Attorneys for Defendant, Massachusetts*<br>*Mutual Life Insurance Company* |

IT IS SO ORDERED.

Dated: June 13, 2018

_____
Nancy J. Koppe
United States Magistrate Judge